ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-20CR0567-B |
| ANDREW CHARLES BEARD | |

## INDICTMENT

The Grand Jury charges:

### Count One
Possession of an Unregistered Firearm Silencer
(Violation of 26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d))

On or about October 2, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Andrew Charles Beard**, did knowingly possess a firearm silencer, further described as a metal cylinder composed of two pieces that screw together; one piece having an O-ring to assist in sealing the two pieces when screwed together, forming an expansion chamber; one piece having a hole drilled near the center of its end cap containing internal threads and the other piece being partially closed at both ends, but having holes drilled in each end similar in diameter to the hole with the threads; and bearing no manufacturer markings or serial number (photographs of which are included below), which was not registered to the defendant in the National Firearms Registration and Transfer Record.

Indictment—Page 1



In violation of 26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Andrew Charles Beard**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the offense, including but not limited to the following:

1. a firearm silencer, further described as a metal cylinder composed of two pieces that screw together; one piece having an O-ring to assist in sealing the two pieces when screwed together, forming an expansion chamber; one piece having a hole drilled near the center of its end cap containing internal threads and the other piece being partially closed at both ends, but having holes drilled in each end similar in diameter to the hole with the threads; and bearing no manufacturer markings or serial number (photographs of which are included above in Count One of this indictment); and

2. any firearm and ammunition recovered with this firearm silencer.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: gary.tromblay@usdoj.gov

Indictment—Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANDREW CHARLES BEARD

INDICTMENT

26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d)
Possession of an Unregistered Firearm Silencer
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

---

DALLAS                                                                              FOREPERSON

Filed in open court this 17 day of November, 2020.

---

**Defendant in Federal Custody since 10/30/2020**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:20-MJ-1158-BK