# UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | Texas |
|---|---|---|

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Andrew Beard | Case Number: 3:20-cr-567-B |

| PRESIDING JUDGE<br>Jane J. Boyle | PLAINTIFF'S ATTORNEY<br>G. Tromblay, C. Sparks, A. Briggs | DEFENDANT'S ATTORNEY<br>Michael Mowla, Tim Menchu, G. Gray |
|---|---|---|
| TRIAL DATE (S)<br>4/25/2022 | COURT REPORTER<br>Shawnie Archuleta | COURTROOM DEPUTY<br>Jenelle N. Wilson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3 | | 4/25/2022 | Yes | Yes | Harding body cam of Losack conversation with TC |
| 6 | | 4/25/2022 | Yes | Yes | Full video of TC statement to Det. Harding |
| 7 | | 4/25/2022 | Yes | Yes | Full video of BE statement to Det. Harding |
| | 1 | 4/25/2022 | Yes | Yes | Search warrant for 5604 Flamingo |
| | 80 | 4/25/2022 | Yes | Yes | Video clip: CPD cam, Harding speaking to TC 1 |
| | 81 | 4/25/2022 | Yes | Yes | Video clip: CPD cam, Harding speaking to TC 2 |
| | 82 | 4/25/2022 | Yes | Yes | Video clip: CPD cam, Harding speaking to TC 3 |
| | 83 | 4/25/2022 | Yes | Yes | Video clip: Harding cam 1 |
| | 84 | 4/25/2022 | Yes | Yes | Video clip: Harding cam 2 |
| | 85 | 4/25/2022 | Yes | Yes | Video clip: Harding cam 3 |
| | 86 | 4/25/2022 | Yes | Yes | Video clip: CPD cam, Harding speaking to BE 1 |
| | 87 | 4/25/2022 | Yes | Yes | Video clip: CPD cam, Harding speaking to BE 2 |
| | 88 | 4/25/2022 | Yes | Yes | Video clip: CPD cam, Harding speaking to BE 3 |
| | 89 | 4/25/2022 | Yes | Yes | Video clip: CPD cam, Harding speaking to BE 4 |
| | 90 | 4/25/2022 | Yes | Yes | Video clip: Hardin vehicle cam, Losack speaking |
| | 94 | 4/25/2022 | Yes | Yes | Video clip: Burnham body cam, Sutherland on phone |
| | | | | | |
| | | | | | Witness(es): Mike Losack; Matt Burnham; David Lee; Matt Harding; Brandon Bonner |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages